AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| United States of America<br>v.<br>JAMES BOWEN<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No.   4:16 MJ 1070 |

FILED

MAR - 1 2016

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   January 1, 2014 - February 29, 2016   in the county of   Jefferson County   in the
Eastern   District of   Missouri   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2251(a) and punishable under Title 18, United States Code, Section 2251(e). | Production of Child Pornography |
| Title 18 USC 2252A(a)(2) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
Complainant's signature

Amy Meyer, Special Federal Officer, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   03/01/2016

_____
Judge's signature

City and state:   St. Louis, Missouri

Honorable John M. Bodenhausen, U.S. Magistrate Judge
*Printed name and title*